AUGUST 11, 1965

Reap. Dec. 11057.—Ercona Camera Corp. et al. v. United States, ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Entered at New York, N.Y.
Reap. Dec. 10989. Motion by plaintiffs.